## HANCOCK v. STATE.
### No. 20719.

Court of Criminal Appeals of Texas.
Oct. 25, 1939.

Robert P. Brown, of San Angelo, and Paul Petty, of Ballinger, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for theft, punishment assessed being two years confinement in the penitentiary.

The indictment properly charges the offense. The record before this court contains neither bills of exception nor statement of facts, hence nothing is presented for review.

The judgment is affirmed.

## BRUHN v. STATE.
### No. 20711.

Court of Criminal Appeals of Texas.
Oct. 25, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for driving an automobile upon a public highway while intoxicated; penalty assessed at a fine of $125 and confinement in the county jail for ten days.

The record before us contains neither a statement of facts nor bills of exception. The indictment seems to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.